# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | 7:00-CR-28(WDO) |
| GREGORY GLENNON MITCHELL, | : | |
| Defendant, | : | |

## ORDER

Before the Court is Defendant's request for a hearing on the garnishment proceeding in this case. Because the garnishment proceedings were dismissed on June 14, 2007, the motion for a hearing is DISMISSED AS MOOT.

**SO ORDERED this 19th day of June, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**